FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 01, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CANDACE D.,<br>    Plaintiff,<br>    v.<br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br>    Defendant. | No.  1:19-CV-03233-SAB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |

On July 14, 2022, Magistrate Judge Alexander Eckstrom issued a Report and Recommendation that Plaintiff's Motion for Authorization of Attorney Fees Pursuant to 42 U.S.C. § 406(b) be granted. ECF No. 28.

No timely objections to the Report and Recommendation have been filed.

Accordingly, **IT IS HEREBY ORDERED**:

1.  The Court adopts Magistrate Judge Eckstrom's Report and Recommendation, ECF No. 28, in its entirety.

2.  Plaintiff's Motion for Authorization of Attorney Fees Pursuant to 42 U.S.C. § 406(b), ECF No. 21, is **GRANTED**.

//

//

//

//

**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE ~ 1**

3. Section 406(b) attorney fees should be paid to Mr. Tree in the amount of $14,332.00. Plaintiff is due an offset of $7,430.05 for previously paid EAJA fees, leaving a net attorney fee due Mr. Tree of $6,901.95.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 1st day of August 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE ~ 2**